ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA
CLARA SHERIFF DEPARTMENT, SANTA
CLARA DEPARTMENT OF
CORRECTION, ELMWOOD
CORRECTIONAL FACILITY, SAN JOSE
MAIL JAIL, VALLEY MEDICAL CENTER

*E-filed 6/22/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE SABETTA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>    Defendants. | No.   C05-00859 HRL<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

On June 19, 2007, the parties appeared before the Honorable Howard R. Lloyd and placed upon the record a settlement agreement, which the Honorable Howard R. Lloyd approved. Pro Se Plaintiff Anne Sabetta appeared on behalf of herself and Deputy County Counsel Mark Bernal appeared on behalf of Defendants County of Santa Clara, Santa Clara Sheriff Department, Santa Clara Department of Correction, Elmwood Correctional Facility, San Jose Mail Jail, and Valley Medical Center.

On June 21, 2007, Plaintiff Sabetta executed a Settlement Agreement and General Release agreeing to a dismissal of this action with prejudice.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Order Dismissing Entire
Action with Prejudice                    -1-                    C05-00859 HRL

1  Having approved of the settlement and good cause appearing therefore, the above-
2  captioned matter is hereby dismissed with prejudice.
3  IT IS SO ORDERED.
4  Dated:  June  22 , 2007

_____
HOWARD R. LLOYD
United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  85035.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Order Dismissing Entire
Action with Prejudice                -2-                                C05-00859 HRL

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street
9th Floor, East Wing
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)



Ann Miller Ravel
COUNTY COUNSEL

Winifred Botha
Robert C. Campbell
Laurie F. Faulkner
ASSISTANT COUNTY COUNSEL

June 20, 2007

Honorable Howard R. Lloyd
Magistrate Judge
United States District Court, Northern District
Courtroom 5
280 South 1st Street
San Jose, CA 95113

  Re: *Sabetta v. County of Santa Clara, et al.*
    Case No. C05-00859 HRL

Dear Judge Lloyd:

  I enclose for your consideration an Order Dismissing Entire Case With Prejudice. According to the terms of "Dismissal of Action" paragraph on page 1 of the Settlement Agreement and General Release executed by Ms. Sabetta, a copy of which is enclosed, I am authorized to submit the enclosed Order.

  If your honor prefers that some other order be issued, please feel free to do so or have your clerk contact me to provide further instructions.

            Respectfully,

            ANN MILLER RAVEL
            County Counsel

            MARK F. BERNAL
            Deputy County Counsel

Encl.

c: Anne Sabetta

SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Settlement Agreement and General Release ("Agreement") is made as of the 19th day of June, 2007, by and between Anne Sabetta ("Plaintiff") and the County of Santa Clara ("County"), in recognition of the following facts:

A. On November 29, 2004, Plaintiff filed a complaint in the Santa Clara County Superior Court, which was removed to the United States District Court for the Northern District of California on February 28, 2005, Case No. C05-00859 HRL ("Case No. C05-00859"), which complaint was amended on or about June 30, 2005, setting forth various causes of action for violation of civil rights under 42 U.S.C. section 1983 against the County and certain County departments, namely, Santa Clara County Sheriff Department, Santa Clara Department of Correction, Elmwood Correctional Facility, San Jose Main Jail, and Valley Medical Center (collectively the "County Defendants");

B. On July 19, 2005, County Defendants filed their answer to the amended complaint asserting, among other things, various affirmative defenses; and

C. Plaintiff desires to settle and compromise all claims that were asserted or could have been asserted against the County Defendants in Case No. C05-00859, and all other known and unknown claims that she has or may have against the County Defendants on the terms and conditions set forth below.

ACCORDINGLY, PLAINTIFF AGREES AS FOLLOWS:

1. Dismissal of Action

Upon execution of this Agreement and delivery of the settlement funds to Plaintiff, the County shall submit to the United States District Court for the Northern District of California an Order Dismissing Entire Action with Prejudice as to all named Defendants including, but not limited to, the County Defendants herein.

2. Payment to Plaintiff

Upon delivery of this executed Agreement, the County will deliver to Plaintiff a draft in the sum of Twenty Thousand Dollars ($20,000) made payable to Anne Sabetta. It is understood and agreed that this compromise settlement payment is inclusive of claimed attorneys' fees and costs.

3. Release

Plaintiff, for herself and for each of her agents, employees, independent contractors, representatives, spouses, children, heirs, administrators, executors, trustors, trustees, beneficiaries, predecessors-in-interest, successors-in-interest, assigns, attorneys, and each of

them, hereby releases and forever discharges the County Defendants, and each of their respective agents, employees, independent contractors, representatives, departments, agencies, boards, commissions, insurers, sureties, successors, assigns, transferees, attorneys, and each of them, (collectively the "County Released Parties") from any and all claims that Plaintiff has or may have against any of the County Released Parties.

The term "any and all claims" as used above means and includes, but is not limited to, all claims of any kind, whether known or unknown, anticipated or unanticipated, past or present, contingent or fixed that in any way arise out of or are associated with the facts and occurrences alleged in Case No. C05-00859, and all claims that were asserted or could have been asserted in Case No. C05-00859 or in any complaint or amended complaint therein. Plaintiff acknowledges and agrees that the term "any and all claims" shall be interpreted liberally to preclude any further disputes, litigation or controversy between the parties. Plaintiff further acknowledges and agrees that this Agreement shall inure to the benefit of each of the County Released Parties and shall be binding upon Plaintiff's successors and assigns.

4. <u>Waiver of Civil Code Section 1542</u>

Plaintiff acknowledges that she is familiar with Section 1542 of the California Civil Code, which reads as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HER MUST HAVE MATERIALLY AFFECTED HER SETTLEMENT WITH THE DEBTOR.

Plaintiff acknowledges that she is generally releasing unknown claims and waives all rights she has or may have under Civil Code section 1542 or under any other statute, or common law principle of similar effect.

5. <u>General Release of No Evidentiary Effect</u>

Plaintiff acknowledges and agrees that this Agreement is given and accepted as part of a compromise and settlement of disputed claims. Plaintiff further acknowledges and agrees that the acceptance of this Agreement by any County Released Party shall not be construed or deemed to be evidence of an admission of any fact, matter or thing. Neither this Agreement nor any of its terms shall be offered or received as evidence in any proceeding in any forum as an admission of any liability or wrongdoing on the part of any County Released Party.

6. <u>Covenant Not to Sue</u>

Plaintiff covenants and agrees that she will forever refrain from instituting, prosecuting, maintaining, proceeding on, assisting or providing assistance or advising to be commenced

against the County Released Parties any action or proceeding which arises out of, or is or may be, in whole or in part, based upon, related to or connected with the subject matter of this Agreement. Plaintiff understands that the release contained in this Agreement is a complete defense to any action or other proceeding against the County Released Parties existing at the present time or in the future.

7. <u>Representations and Warranties</u>

Plaintiff hereby represents, warrants and agrees as follows:

A. Plaintiff hereby acknowledges that she has represented herself throughout the negotiations which preceded the execution of this Agreement and in connection with the preparation and execution of this Agreement. Plaintiff acknowledges and agrees that she has executed this Agreement voluntarily, without coercion or duress of any kind.

B. None of the County Released Parties has made any statement or representation to Plaintiff regarding any fact relied upon in entering into this Agreement, and Plaintiff does not rely upon any statement, representation or promise of any of the County Released Parties in executing this Agreement, or in making the settlement provided for herein, except as expressly stated in this Agreement.

C. Plaintiff has made such investigation of the facts pertaining to this settlement and this Agreement, and of all the matters pertaining thereto, as she deems necessary.

D. Plaintiff has read this Agreement and understands its contents.

E. Plaintiff intends this Agreement to be and is final and binding, regardless of any claims of misrepresentation, concealment of fact or mistake of law or fact.

F. It is Plaintiff's intention to fully, finally and forever settle and release all matters and all claims relative thereto, which do now exist, may exist or heretofore have existed. In furtherance of such intention, the release given herein shall be and remain in effect as a full and complete release of all such matters, notwithstanding the discovery or existence of any additional or different claims or facts relative thereto.

8. <u>Integration</u>

Plaintiff covenants and agrees that the terms of this Agreement are contractual, and not mere recital, and constitutes a fully binding and complete agreement between Plaintiff and the County with regard to its subject matter. Plaintiff understands and agrees that the terms of this Agreement may not be altered, amended, modified or otherwise changed in any respect or

particular except by a writing duly executed by plaintiff and the County.

9. Severability

In the event that, any time subsequent to the execution of this Agreement, any portion or provision of it is found to be illegal, invalid, unenforceable, nonbinding or otherwise without legal force or effect, the remaining portion(s) will remain in force and be fully binding.

10. Governing Law and Forum

This Agreement shall be deemed to have been entered into in Santa Clara County, California, and all questions of validity, interpretation, or performance of any of its terms or of any rights or obligations of the parties to this Agreement shall be governed by California law. The parties agree that the United States District Court for the Northern District of California shall retain jurisdiction over this matter to enforce this Agreement.

11. Additional Acts

The parties hereto agree to do such acts and to execute such documents as are necessary to carry out the provisions and purposes of this Agreement.

Dated: 6-21-07

_____
ANNE SABETTA
Plaintiff, In Pro Se

84949.wpd

Settlement Agreement and General Release
between Sabetta and County                                            4